In the Matter of the Estate of DAVID HELIER, Deceased. BLANCHE HELIER, Appellant; CENTRAL HANOVER BANK AND TRUST COMPANY and EDGAR J. PHILLIPS,

as Executors, etc., of DAVID HELIER, Deceased, Respondents.— Order of the Surrogate's Court of Suffolk county affirmed, without costs; the examination of the appellant to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.